**Order entered March 11, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00068-CV

## IN RE TADARRIAN JOHNSON, Relator

**Original Proceeding from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-55949-R & F11-58573-R**

## ORDER

Before Justices Schenck, Partida-Kipness, and Nowell

Based on the Court's opinion of this date, we **DISMISS** relator's January 15, 2020 petition for writ of mandamus.

/s/    ROBBIE PARTIDA-KIPNESS
       JUSTICE